| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
|   | jbs@severson.com |
| 2 | MARK D. LONERGAN (State Bar No. 143622) |
|   | mdl@severson.com |
| 3 | REBECCA S. SAELAO (State Bar No. 222731) |
|   | rss@severson.com |
| 4 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 6 | Telephone:  (415) 398-3344 |
|   | Facsimile:  (415) 956-0439 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | WELLS FARGO BANK, N.A. and |
|   | FEDERAL NATIONAL MORTGAGE |
| 9 | ASSOCIATION a/k/a FANNIE MAE |

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| 13 | ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated, | Case No.:  CV11 3831 JSC |
| 14 | | CLASS ACTION |
| 15 | | **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OF DEFENDANTS WELLS FARGO BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION** |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | WELLS FARGO BANK, N.A., a California corporation, and FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, | |
| 19 | | Complaint filed: 08/03/2011 |
| 20 | Defendants. | |

21

22         This Corporate Disclosure Statement and Certificate of Interested Entities is filed by

23  Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Federal National Mortgage Association

24  ("Fannie Mae") in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16.

25         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

26  associations of persons, firms, partnerships, corporations (including parent corporations) or other

27  entities (i) have a financial interest in the subject matter in controversy or in a party to the

28

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.  Fannie Mae has no parent corporation and no publicly held corporation owns 10 percent or more of Fannie Mae's stock.

    2.  Wells Fargo Bank, N.A. is a wholly owned subsidiary of Wells Fargo & Company, which is publicly traded on the New York Stock Exchange under the symbol WFC.  No publicly traded corporation owns ten percent or more of Wells Fargo Bank, N.A.'s stock.

DATED: August 24, 2011        SEVERSON & WERSON
                                        A Professional Corporation

                                        By:      /s/   *Rebecca S. Saelao*
                                                        Rebecca S. Saelao

                                        Attorneys for Defendants
                                        WELLS FARGO BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE