MICHAEL NG (237915)
KELLY A. CORCORAN (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

STEVEN A. SKALET (*pro hac vice*)
CRAIG L. BRISKIN (*pro hac vice*)
**MEHRI & SKALET, PLLC**
1250 Connecticut Avenue NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 822-5100
Fax: (202) 822-4997

JEAN CONSTANTINE-DAVIS (*pro hac vice*)
**AARP FOUNDATION LITIGATION**
601 E Street NW
Washington, D.C. 20049
Telephone:  (202) 434-2060
Fax:  (202) 434-6424

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation*,*<br><br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>Defendants. | Case No. 3:11-cv-03831-SC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES TO FILE OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS** |

**STIPULATION**

WHEREAS Plaintiff's Complaint was served on August 5, 2011;

WHEREAS Defendants' Notice of Motion and Motion to Dismiss was filed on October 4, 2011;

WHEREAS Defendants' Motion to Dismiss is not set for hearing until January 13, 2012;

WHEREAS the parties require additional time to submit papers in opposition and in reply to the Motion to Dismiss;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Plaintiff shall have until November 1, 2011 to file his opposition to Defendants' Motion to Dismiss;

2. Defendants shall have until November 15, 2011 to file their reply to the opposition.

DATED: October 13, 2011        **KERR & WAGSTAFFE LLP**

                               **MEHRI & SKALET, PLLC**

                               **AARP FOUNDATION LITIGATION**

                               By  /s/
                               KELLY A. CORCORAN

                               Attorneys for Plaintiff and the Putative Class

DATED: October 13, 2011        **SEVERSON & WERSON**

                               By  /s/
                               REBECCA S. SAELAO

                               Attorneys for Defendants
                               WELLS FARGO BANK, N.A. and
                               FEDERAL NATIONAL MORTGAGE
                               ASSOCIATION a/k/a FANNIE MAE

**[PROPOSED] ORDER**

Having considered the stipulation of counsel, and good cause appearing therefore, the extensions are hereby GRANTED.

1. Plaintiff shall have until November 1, 2011 to file his opposition to Defendants' Motion to Dismiss;
2. Defendants shall have until November 15, 2011 to file their reply to the opposition.

**IT IS SO ORDERED.**

Dated: 10/17/11



Hon. Samuel Conti
U.S. District Judge

1  I, Kelly A. Corcoran, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO FILE OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS**. In compliance with General Order 45, X.B., I hereby attest that Rebecca S. Saelao, counsel for Defendants has concurred in this filing.

DATED: October 13, 2011

**KERR & WAGSTAFFE LLP**

By \_\_\_\_\_/s/_____
KELLY A. CORCORAN
Attorneys for Plaintiff and the Putative Class