1  MICHAEL NG (237915)
   KELLY A. CORCORAN (260268)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  STEVEN A. SKALET (*pro hac vice*)
   CRAIG L. BRISKIN  (*pro hac vice*)
6  **MEHRI & SKALET, PLLC**
   1250 Connecticut Avenue NW, Suite 300
7  Washington, D.C. 20036
   Telephone: (202) 822-5100
8  Fax: (202) 822-4997

9  JEAN CONSTANTINE-DAVIS (*pro hac vice*)
   **AARP FOUNDATION LITIGATION**
10 601 E Street NW
   Washington, D.C. 20049
11 Telephone:  (202) 434-2060
   Fax:  (202) 434-6424
12

13 Attorneys for Plaintiff and the Putative Class

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 | ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated, | Case No. 3:11-cv-03831-SC |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE TO FILE REPLY TO DEFENDANTS' MOTION TO DISMISS AND ADVANCING CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, N.A., a California corporation, | |
| and | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, | |
| Defendants. | |



Case No. 3:11-cv-03831-SC                    STIPULATION AND [PROPOSED] ORDER RE
                                             REPLY DEADLINE AND CMC

## STIPULATION

WHEREAS Plaintiff filed his Opposition to Defendants' Motion to Dismiss on November 1, 2011;

WHEREAS Defendants desire additional time to reply to Plaintiff's opposition;

WHEREAS Defendants' Motion to Dismiss is set for hearing on January 13, 2012;

WHEREAS the initial case management conference is set for February 10, 2012;

WHEREAS for the convenience of the Court and the parties, and to preserve resources;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Defendant shall have until November 22, 2011 to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss;

2. The initial case management conference shall be advanced to January 13, 2012, to coincide with the Motion to Dismiss hearing.

DATED: November 14, 2011            **KERR & WAGSTAFFE LLP**

                                    **MEHRI & SKALET, PLLC**

                                    **AARP FOUNDATION LITIGATION**


                                    By   /s/  Kelly A. Corcoran
                                         KELLY A. CORCORAN

                                    Attorneys for Plaintiff and the Putative Class


DATED: November 14, 2011            **SEVERSON & WERSON**


                                    By   /s/  REBECCA S. SAELAO
                                         MARK D. LONERGAN
                                         JOHN B. SULLIVAN
                                         REBECCA S. SAELAO

                                    Attorneys for Defendants
                                    WELLS FARGO BANK, N.A. and
                                    FEDERAL NATIONAL MORTGAGE
                                    ASSOCIATION a/k/a FANNIE MAE



### [PROPOSED] ORDER

Having considered the stipulation of counsel, and good cause appearing therefore, the extensions are hereby GRANTED.

1. Defendant shall have until November 22, 2011 to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss;

2. The initial case management conference shall be advanced to January 13, 2012, to coincide with the Motion to Dismiss hearing.

**IT IS SO ORDERED.**

Dated: ___11/15/11_____      _____

Hon. S
U.S. D

1  I, Kelly A. Corcoran, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE TO FILE REPLY TO DEFENDANTS' MOTION TO DISMISS AND ADVANCING CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45, X.B., I hereby attest that Rebecca S. Saelao, counsel for Defendants has concurred in this filing.

DATED: November 14, 2011        **KERR & WAGSTAFFE LLP**

By     /s/
       KELLY A. CORCORAN

Attorneys for Plaintiff and the Putative Class