MICHAEL NG (237915)
KELLY A. CORCORAN (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

STEVEN A. SKALET (*pro hac vice*)
CRAIG L. BRISKIN  (*pro hac vice*)
**MEHRI & SKALET, PLLC**
1250 Connecticut Avenue NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 822-5100
Fax: (202) 822-4997

JEAN CONSTANTINE-DAVIS (*pro hac vice*)
**AARP FOUNDATION LITIGATION**
601 E Street NW
Washington, D.C. 20049
Telephone:  (202) 434-2060
Fax:  (202) 434-6424

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation*,*<br><br>*and*<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>Defendants. | Case No. 3:11-cv-03831-SC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER EXTENDING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
|---|---|



Case No. 3:11-cv-03831-SC   STIPULATION AND [PROPOSED] ORDER RE EXTENDING HEARING ON MOTION TO DISMISS & CMC

## STIPULATION

WHEREAS the initial case management conference was previously set for February 10, 2012, but was advanced at the request of the parties;

WHEREAS Defendants' Motion to Dismiss and the initial case management conference is set for hearing on January 13, 2012;

WHEREAS the parties are now engaged in settlement discussions that may obviate the need for a hearing, or may clarify or narrow the disputed issues in this case;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

The hearing on Defendants' Motion to Dismiss and the initial case management conference shall be advanced from January 13, 2012, to February 10, 2012.

DATED: December 29, 2011        **KERR & WAGSTAFFE LLP**

**MEHRI & SKALET, PLLC**

**AARP FOUNDATION LITIGATION**

By   /s/  Michael Ng
     MICHAEL NG

Attorneys for Plaintiff and the Putative Class

DATED: December 29, 2011        **SEVERSON & WERSON**

By   /s/  REBECCA S. SAELAO
     MARK D. LONERGAN
     JOHN B. SULLIVAN
     REBECCA S. SAELAO

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION a/k/a FANNIE MAE

1

**[~~PROPOSED~~] ORDER**

Having considered the stipulation of counsel, and good cause appearing therefore, the extension is hereby GRANTED.  The hearing on Defendant's Motion to Dismiss and the initial case management conference shall be advanced to February 10, 2012.

**IT IS SO ORDERED.**

Dated: _____1/4/12_____   _____
Hon. Samuel Conti
U.S. District Judge



Case No. 3:11-cv-03831-SC   STIPULATION AND [PROPOSED] ORDER RE EXTENDING HEARING ON MOTION TO DISMISS & CMC

2

KERR & WAGSTAFFE LLP

I, Michael Ng, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Rebecca S. Saelao, counsel for Defendants has concurred in this filing.

DATED: December 29, 2011           **KERR & WAGSTAFFE LLP**

                                    By    /s/   Michael Ng
                                         MICHAEL NG

                                         Attorneys for Plaintiff and the Putative Class

