1  MICHAEL NG (237915)
   KELLY A. CORCORAN (260268)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  STEVEN A. SKALET (*pro hac vice*)
   CRAIG L. BRISKIN (*pro hac vice*)
6  **MEHRI & SKALET, PLLC**
   1250 Connecticut Avenue NW, Suite 300
7  Washington, D.C. 20036
   Telephone: (202) 822-5100
8  Fax: (202) 822-4997

9  JEAN CONSTANTINE-DAVIS (*pro hac vice*)
   **AARP FOUNDATION LITIGATION**
10 601 E Street NW
   Washington, D.C. 20049
11 Telephone: (202) 434-2060
   Fax: (202) 434-6424

Counsel for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation, and FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>Defendants. | Case No. 3:11-cv-03831-SC<br><br>CLASS ACTION<br><br>**MEDIATION STATUS REPORT** |

1      Plaintiff Robert Chandler, as representative of the Estate of Rosemary S. Chandler
2 ("Plaintiff"), and Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association
3 a/k/a Fannie Mae ("Defendants"), engaged in a further mediation of this case on June 12, 2012
4 before David J. Meadows, a mediator appointed by this Court. The parties agree that the
5 mediation session was productive.
6      At the mediation, Plaintiff proposed content for certain letters to be sent by one or both
7 Defendants to heirs of deceased Home Equity Conversion Mortgage ("HECM") borrowers—
8 where the home at issue is either still subject to an HECM loan serviced by Wells Fargo or is
9 currently available for purchase from Fannie Mae—along with procedures by Defendants to
10 designate a single point of contact for HECM heirs, in order to resolve the litigation. Though
11 neither party has agreed to the particulars, Defendants have agreed to consider and evaluate
12 Plaintiff's proposals, and estimate that within 30-60 days of the mediation Defendants will be able
13 to provide counterproposals and/or draft language for the proposed letters.
14      The Parties propose that they will file a status report on or before September 10, 2012,
15 which will give them sufficient time to review and discuss the materials and issues described
16 herein. The Parties will endeavor to file a status report earlier than September 10, 2012, if they
17 can make substantial progress in their negotiations before that date.

| | | |
|---|---|---|
| 1 | DATED: July 9, 2012 | MEHRI & SKALET, PLLC |
| 2 | | |
| 3 | | By: ___/s/ Craig L. Briskin___ |
| 4 | | Craig L. Briskin |
| 5 | | Attorneys for Plaintiff and the Putative Class |
| 6 | DATED: July 9, 2012 | SEVERSON & WERSON |
| 7 | | A Professional Corporation |
| 8 | | |
| 9 | | By: ___/s/ Rebecca S. Saelao___ |
| 10 | | Rebecca S. Saelao |
| 11 | | Attorneys for Defendants WELLS FARGO BANK, N.A., and FEDERAL NATIONAL MORTGAGE |
| 12 | | ASSOCIATION a/k/a FANNIE MAE |