1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendants
8  WELLS FARGO BANK, N.A., and FEDERAL
   NATIONAL MORTGAGE ASSOCIATION
9  a/k/a FANNIE MAE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation, and FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>Defendants. | Case No. 3:11-cv-03831-SC<br><br>**CLASS ACTION**<br><br>**MEDIATION STATUS REPORT** |

Plaintiff Robert Chandler, as representative of the Estate of Rosemary S. Chandler. ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association a/k/a Fannie Mae ("Defendants") respectfully file this Mediation Status Report.

The Parties informed the Court in their last Mediation Status Report, dated July 9, 2012, that the parties would continue to confer regarding a proposed settlement, including exchanging drafts of proposed letters to be sent by one or both Defendants to heirs of deceased Home Equity Conversion Mortgage ("HECM") borrowers along with other proposed procedures to be

implemented by Defendants as part of the proposed settlement. The parties have conferred extensively. Most recently, Defendants considered Plaintiffs' proposed draft letters and circulated their own proposed letters on August 15, 2012. The parties met and conferred, and Plaintiffs sent Defendants a letter on August 29, 2012, with proposed revisions. The parties again met and conferred on September 7, 2012, and made substantial progress on the proposed content of the letters. The parties have kept the Mediator appointed by the Court, David Meadows, updated as to the status of their discussions, but have not requested another mediation session at this time.

Based on the foregoing developments, the Parties believe they may be closer to settlement of this matter. The Parties propose that they will either file papers in support of settlement of this action, or a status report on their progress, within 45 days of the filing of this report, which date is **October 25, 2012.** The Parties will endeavor to file a status report or papers in support of settlement earlier than October 25, 2012, if possible.

DATED: September 10, 2012         MEHRI & SKALET, PLLC


                                  By:    /s/    *Craig Briskin*
                                               Craig Briskin

                                  Attorneys for Plaintiff and the Putative Class


DATED: September 10, 2012         SEVERSON & WERSON
                                  A Professional Corporation


                                  By:    /s/    *Rebecca S. Saelao*
                                               Rebecca S. Saelao

                                  Attorneys for Defendants WELLS FARGO BANK,
                                  N.A., and FEDERAL NATIONAL MORTGAGE
                                  ASSOCIATION a/k/a FANNIE MAE