STEVEN A. SKALET (*pro hac vice*)
CRAIG L. BRISKIN (*pro hac vice*)
**MEHRI & SKALET, PLLC**
1250 Connecticut Avenue NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 822-5100
Fax: (202) 822-4997

JEAN CONSTANTINE-DAVIS (*pro hac vice*)
**AARP FOUNDATION LITIGATION**
601 E Street NW
Washington, D.C. 20049
Telephone:  (202) 434-2060
Fax:  (202) 434-6424

MICHAEL NG (237915)
KELLY A. CORCORAN (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation,<br><br>*and*<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>Defendants. | Case No. 3:11-cv-03831-SC<br><br>**CLASS ACTION**<br><br>**STATEMENT OF RECENT DECISION** |

1    Pursuant to Civil Local Rule 7-3(d), Plaintiff Robert Chandler respectfully submits this
2 Statement of Recent Decision in support of his Opposition to Defendant's Motion to Dismiss
3 (Doc #67) and hereby brings to the Court's attention the following decision from the United
4 States District Court for the Central District of California:
5    *Welte v. Wells Fargo Bank, N.A.; Federal Nat'l Mortgage Ass'n*, No. 5:13-cv-463-JGB-
6 SP (C.D. Cal. Dec. 18, 2013).
7    Respectfully submitted,
8 DATED: December 19, 2013

**KERR & WAGSTAFFE LLP**

**MEHRI & SKALET, PLLC**

**AARP FOUNDATION LITIGATION**

By:  _____/s/_____
         Craig L. Briskin

Attorneys for Plaintiff and the Putative Class