Steven A. Skalet (*pro hac vice*)
Craig L. Briskin (*pro hac vice*)
**MEHRI & SKALET, PLLC**
1250 Connecticut Avenue NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 822-5100
Fax: (202) 822-4997

Jean Constantine-Davis (*pro hac vice*)
**AARP FOUNDATION LITIGATION**
601 E Street NW
Washington, D.C. 20049
Telephone:  (202) 434-2060
Fax:  (202) 434-6424

Michael Ng (237915)
Kelly A. Corcoran (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CHANDLER, AS REPRESENTATIVE OF THE ESTATE OF ROSEMARY S. CHANDLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation*,*<br><br>*and*<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>Defendants. | Case No. 3:11-cv-03831-SC<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Robert Chandler, as Representative of the Estate of Rosemary S. Chandler, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion to Dismiss (Doc. No. 73) entered in this action on the third day of January, 2014.

Respectfully submitted,

DATED: January 14, 2014

By: _____/s/_____
Craig L. Briskin (*admitted pro hac vice*)
Mehri & Skalet, PLLC

**KERR & WAGSTAFFE LLP**

**MEHRI & SKALET, PLLC**

**AARP FOUNDATION LITIGATION**

Attorneys for Plaintiff and the Putative Class